IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL FUSCELLARO : CIVIL ACTION
:
v. :
:
JOHN WALKER, et al. : NO. 09-3276

O R D E R

AND NOW, this 28th day of July, 2010, having (JKG) considered plaintiff's amended complaint (Document No. 9), it is hereby **ORDERED** that:

1. All further proceedings in this case shall be **STAYED** until plaintiff informs the Court that his criminal case has been resolved, including any available appellate or collateral proceedings.

2. The Clerk of Court shall **TRANSFER** this case to the civil suspense file and mark the case **CLOSED** for statistical purposes.

3. Plaintiff shall advise the undersigned every 45 days on the status of his criminal case. (JKG)

BY THE COURT:

/s/ James Knoll Gardner
JAMES KNOLL GARDNER, J.

**FILED**

JUL 29 2010

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk